**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT RIVERA,

        Plaintiff,

v.                                          Case No:  6:16-cv-1644-Orl-40GJK

LOCK BUSTERS, INC. and LOCK
BUSTERS OF SOUTHWEST FLORIDA,
INC.,

        Defendants.
_____/

## ORDER

This cause is before the Court on the Unopposed Motion to Compel Arbitration and Stay This Action (Doc. 7) filed on September 27, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 18, 2016 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion to Compel Arbitration and Stay This Action (Doc. 7) is **GRANTED as unopposed**.

3. Pursuant to the parties' Agreement (Doc. 7 at 14 ¶ 8), the parties are **DIRECTED** to submit Plaintiff's FLSA claim to arbitration.

4. The Clerk is **DIRECTED** to **administratively close** the file pending the outcome of arbitration or further order of the Court.

5. The parties are **DIRECTED** to file a joint status report on February 3, 2017 and every ninety (90) days thereafter.

**DONE AND ORDERED** in Orlando, Florida on November 4, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties