**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT RIVERA,

        Plaintiff,

v.                                       Case No: 6:16-cv-1644-Orl-40GJK

LOCK BUSTERS, INC. and LOCK
BUSTERS OF SOUTHWEST FLORIDA,
INC.,

        Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Second Renewed Joint Motion to Approve Settlement Agreement (Doc. 26) filed on June 22, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report and Recommendation (Doc. 28) was filed on June 26, 2017, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 23, 2017 (Doc. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Renewed Joint Motion to Approve Settlement Agreement (Doc. 26) is **GRANTED**.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 27, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties